UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **LATRINA D. THOMAS, TUTRIX** | **CIVIL DOCKET NO. 1:08-CV-1167** |
| **ON BEHALF OF HER MNOR CHILD,** | |
| **KA'DARYAN DA'SHUN THOMAS** | |
| **Plaintiff** | |
| | |
| **VERSUS** | |
| | |
| **CITY OF WINNFIELD, WINNFIELD** | **JUDGE DEE DRELL** |
| **MAYOR DEANO THORNTON AND** | |
| **CITY COUNCIL, CHIEF JOHNNY** | |
| **RAY CARPENTER, WINNFIELD POLICE** | |
| **DEPARTMENT, SCOTT NUGENT, ALAN** | |
| **MARSDIN, CARGYLE BRANCH, JR.,** | |
| **RAYMOND CARPENTER, INDIVIDUALLY** | |
| **AND IN THEIR OFFICIAL CAPACITY AS** | |
| **CITY OF WINNFIELD POLICE OFFICERS** | |
| **AND TASER INTERNATIONAL, INC** | **MAGISTRATE JAMES T. KIRK** |
| **Defendant** | |

**AMENDED AND SUPPLEMENTAL COMPLAINT FOR DAMAGES**

TO THE HONORABLE, JUDGES OF THE UNITED STATES DISTRICT COURT IN AND FOR THE WESTERN DISTRICT OF LOUISIANA, ALEXANDRIA DIVISION:

The Complaint of **Latrina D. Thomas, Tutrix** on behalf of her minor child **Ka'Daryon Da'Shun Thomas,** duly acknowledged son of **Baron D. Pikes,** Plaintiff herein, who is domiciled in the Parish of Winn, State of Louisiana, appearing herein by and through undersigned counsel who pursuant to Rule 15 (a) (1) (A) of the Federal Rules of Civil Procedure respectfully amends and supplements the original complaint as follows:

I.

By adding paragraph forty-eight (48) to read as follows:

48.    Complainant desires a Trial by Jury in all issues herein.

## II.

Complainant reiterates paragraphs 1-47 as stated in the original complaint.

**WHEREFORE, complainant prays for Judgment as follows:**

(A)   That all paragraphs 1-47 as stated in the original complaint be reiterated;

(B)   For a Jury Trial as to all issues herein;

( C )   For all relief prayed for in the original complaint and amended and supplemental complaint;

(D)   For all statutory, general and equitable relief herein the premises**.**

Respectfully submitted,

/s/ *Carol D. Powell Lexing*

_____
Carol D. Powell Lexing, Lead Counsel
141 Desiard Street, Suite 806
Monroe, Louisiana 71201
Tele: (318) 324-0700
Fax: (318) 324-0702
Bar Roll #21033

/s/ *Darrell K. Hickman*

_____
Darrell K. Hickman, Co-Counsel
1756 Elliott Street
Alexandria, Louisiana 71309
Tele: (318) 448-6353
Fax: (318) 448-6356
Bar Roll #22797