UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LATRINA D. THOMAS | CIVIL ACTION NO.  08-CV-1167 |
| VERSUS | JUDGE DRELL |
| CITY OF WINNFIELD, ET AL | MAGISTRATE JUDGE KIRK |

**EXHIBIT LIST**
**Show Cause Hearing 2/13/15**

**PARTY:  SCOTT NUGENT**

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | IDENTENTIED | OFFERED | FILED | WITNESS |
|---|---|---|---|---|---|
| 1 | Voluntary Petition, U. S. Bankruptcy, 12/5/14 | 2-13-15 | 2-13-15 | 2-13-15 | |
| 2 | Notice of Commencement of case under Chapter 7, U. S. Bankruptcy, 12/5/14 | 2-13-15 | 2-13-15 | 2-13-15 | |
| 3 | Amended, Schedule F – Creditors Holding Unsecured Non-priority  Claims, 12/5/14 | 2-13-15 | 2-13-15 | 2-13-15 | |
| 4 | Certificate of Service 12/5/14 | 2-13-15 | 2-13-15 | 2-13-15 | |
| 5 | Declaration of Carol D. Powell-Lexing 12/5/14 | 2-13-15 | 2-13-15 | 2-13-15 | |
| 6 | Discharge of Joint Debtors 12/5/14 | 2-13-15 | 2-13-15 | 2-13-15 | |
| 7 | Final Decree, 12/5/14 | 2-13-15 | 2-13-15 | 2-13-15 | |
| 8 | Order, signed by Chief Judge Dee D. Drell, 11/26/14 | 2-13-15 | 2-13-15 | 2-13-15 | |
| 9 | Affidavit of Curtis Rodney Harrington, 12/30/15 | 2-13-15 | 2-13-15 | 2-13-15 | |
| 10 | Letter to Matthew Nowlin from Thommie Slatten, 12/11/14 | 2-13-15 | 2-13-15 | 2-13-15 | |
| 11 | Chronology of events 7/9/14 -12/11/14 | 2-13-15 | 2-13-15 | 2-13-15 | |
| 12 | Letter to Carol D. Powell-Lexing from Matthew L. Nowlin | 2-13-15 | 2-13-15 | 2-13-15 | |