B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Western District of Louisiana, Alexandria Division | Voluntary Petition |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Nugent, Scott Ashton** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Nugent, Angel Cavazos** |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7616** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9700** |
| Street Address of Debtor (No. and Street, City, and State):<br>**406 Pecan Drive**<br>**Winnfield, LA**　　　　ZIP Code **71483** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**406 Pecan Drive**<br>**Winnfield, LA**　　　　ZIP Code **71483** |
| County of Residence or of the Principal Place of Business:<br>**Winn** | County of Residence or of the Principal Place of Business:<br>**Winn** |
| Mailing Address of Debtor (if different from street address):　　　ZIP Code | Mailing Address of Joint Debtor (if different from street address):　　ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>See Exhibit D on page 2 of this form.<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7　　　☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12　　　☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."　　☐ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

EXHIBIT 1

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None ☒ *Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☒ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ☒ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Cole Oil & Tire Inc. vs. Scott Nugent, DBA Nugent's Trucking Amount Owed $6370.13 | Judgment rendered on 8/30/2013 | Winn Parish Clerk of Court | Signed judgment on 8/30/2013. |
| Pioneer Credit Company vs. Scott A. Nugent Docket No. 27,353-13 | Citation Served | Natchitoches Parish | Citation served 1/14/2013 Amount owed 5208.00 |
| Latrina D. Thomas on behalf of Ka'Dary Da'Shun Thomas | Wrongful Death | United States District Court | Defendant will appeal/ amount is unknown |
| Ivan Smith vs. Scott and Angel Nugent | Citation | Winnfield Louisiana | Citation |

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the d...*

FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **14-80022**

## UNITED STATES BANKRUPTCY COURT
### Western District of Louisiana
### Judge Henley A. Hunter

### NOTICE OF COMMENCEMENT OF CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE, MEETING OF CREDITORS, & FIXING OF DATES

An order of relief under 11 U.S.C. Chapter 7 was entered on **1/9/14**.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or by logging on to PACER at https://ecf.lawb.uscourts.gov.
**NOTE:** The staff of the bankruptcy clerk's office cannot give legal advice.

Creditors — Do not file this notice in connection with any proof of claim you submit to the court.
See Explanations Page For Important Information

**Debtor(s)** (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Scott Ashton Nugent ( *debtor has no known aliases* )
406 Pecan Drive
Winnfield, LA 71483

Angel Cavazos Nugent ( *debtor has no known aliases* )
406 Pecan Drive
Winnfield, LA 71483

| **Case Number:** 14-80022 | **Social Security/Taxpayer ID Nos.:** xxx-xx-7616 xxx-xx-9700 |
|---|---|
| **Attorney for Debtor(s) (name and address):** C. Rodney Harrington POB 1278 Natchitoches, LA 71458-1278 Telephone number: (318) 352-5900 | **Acting United States Trustee:** Henry G. Hobbs, Jr. 300 Fannin Street, Suite 3196 Shreveport LA 71101 Telephone Number: (318) 676-3456 **Interim Trustee Appointed by U.S. Trustee on: 1/9/14.** Ted Brett Brunson P.O. Box 12 Natchitoches, LA 71457-0012 Telephone number: (318) 352-9311 |

### MEETING OF CREDITORS:

Date: **April 29, 2014**     Time: **10:00 AM**
Location: **Room 124, 300 Jackson Street, Alexandria, LA 71301**

**NOTICE IS HEREBY GIVEN: Debtors attendance at the meeting of creditors IS MANDATORY. FAILURE OF THE DEBTOR TO ATTEND THE MEETING OF CREDITORS MAY RESULT IN THE DISMISSAL OF THE CASE. Cell phones and pagers are not allowed in the Courthouse. All debtors must provide ORIGINAL picture identification and ORIGINAL proof of social security number to the trustee at the meeting of creditors. FAILURE TO PROVIDE REQUESTED DOCUMENTATION MAY RESULT IN DISMISSAL OF YOUR CASE.**

### PRESUMPTION OF ABUSE UNDER 11 U.S.C. § 707(b)

*See "Presumption of Abuse" on last page.*
The presumption of abuse does not arise.

### DISCHARGE AND REAFFIRMATION INFORMATION:

A discharge may be granted to individual debtor(s) unless a complaint to discharge is timely filed pursuant to 11 U.S.C. §523(a) or 11 U.S.C. §727. A discharge issuance date is scheduled in this case for **July 2, 2014**, although no hearing will be held. Mandatory review of reaffirmation(s) filed where debtor(s) counsel did not complete the certification and/or debtor(s) proceed *pro se* as to the reaffirmation shall be fixed for hearing by court order.

14-80022 - #7 File 02/25/14 Enter 02/25/14 14:17:28 341 Ch 7 No Asset New

EXHIBIT 2

## DEADLINES:
### 11 U.S.C. §521 Compliance

Failure to file the document required by 11 U.S.C. §521(a) (1) within the time periods set forth therein (unless extended by Order of the Court), and to comply with any Deficiency Notice issued by the Clerk of the Bankruptcy court may result in the "automatic dismissal" of the case.

### Identification Requirements

Picture Identification, Social Security Card, and Declaration Regarding Electronic Filing must be filed within 48 Hours and the debtors must have Picture Identification to enter the Federal Courthouse.

### Deadline to File Certificate of Completion of Course in Personal Financial Management
(Official Form 23)

Debtor(s) must file Official Form 23 within 60 days after the first date set for the meeting of creditors under § 341 of the Code in a chapter 7 case. Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently files a motion to reopen the case to allow for the filing of the Official Form 23, the debtor(s) must pay the full reopening fee due for filing the motion.

### Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts

The deadline for complaints or motions on discharge of the debtor or dischargeability of a debt is 60 days following the first date set for the meeting of creditors as set forth in Bankruptcy Rule 4004 and 4007, unless extended by court order. **NOTICE IS HEREBY GIVEN** that if Debtor(s) fail to attend the meeting of creditors at the first date set for such meeting that the Court SHALL, sua sponte, enter an Order which will extend the Rule 4004 and 4007 deadlines to 60 days following the date that the meeting of creditors is actually attended by the Debtor(s).

### Deadline to Object to Exemptions:

Thirty (30) days after the conclusion of the meeting of creditors or within 30 days of any amendment to the list or supplemental schedules.

### Filing Fees

Filing fees are due at commencement; however, if filing fees are allowed to be paid in installments, the final installment must be paid within 14 days of the final installment due date. Failure to pay filing fees in full will result in the case being dismissed without further notice.

## NOTICE:
### No Assets at this Time:
### UNSECURED CREDITORS NEED NOT FILE CLAIM UNLESS NOTIFIED TO DO SO.
### CREDITORS MAY NOT TAKE CERTAIN ACTIONS:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Foreign Creditors

A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the last page of this notice.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| 300 Jackson St., Ste. 116<br>Alexandria LA 71301<br><br>Telephone number: (318) 445-1890 | Clerk of the Bankruptcy Court:<br>Edward A. Takara |
| Hours Open: Monday – Friday<br>8:00 AM – 5:00 PM | Date: 2/25/14 |

# EXPLANATIONS

FORM B9A (12/12)

| | |
|---|---|
| **Filing of Chapter 7 Bankruptcy Case** | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Debtor shall comply with obligation to file required documents under 1007(b)(3) unless timely extended. Failure to do so no later than 14 days from date case commenced and the case will be dismissed sua sponte. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| **Creditors Generally May Not Take Certain Actions** | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| **Presumption of Abuse** | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| **Meeting of Creditors** | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. Debtors attendance at the meeting of creditors is mandatory. Failure of the debtor to attend the meeting of creditors, and failure to comply with LOCAL RULE 2003-1 shall result in the ex parte dismissal of voluntary cases. Should the debtor fail to attend the originally scheduled meeting of creditors, and make a written request of the U.S. Trustee to reschedule, pursuant to LOCAL RULE 2003-1, and that written request be denied by the U.S. Trustee, then and in such event, the debtor shall file a contradictory motion, pursuant to Rule 9014, for the U.S. Trustee to show cause why the meeting of creditors should not be re-set. Failure to do so constitutes cause for dismissal. At the meeting, the creditors may elect a trustee as permitted by law, elect a committee of creditors, examine the debtor and transact such other business as may properly come before the meeting. |
| **Claims** | **NO ASSETS AT THIS TIME: UNSECURED CREDITORS NEED NOT FILE CLAIM UNLESS NOTIFIED TO DO SO.** If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br><br>*Do not include this notice with any filing you make with the court.* |
| **Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint —or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9)— in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| **Statement of Intentions** | Pursuant to 11 U.S.C. §521(a)(2)(A), the debtor must file with the clerk of the bankruptcy court within 30 days of the filing of the petition, or on or before the meeting of creditors, aforesaid, whichever is earlier, the debtors statement of intentions regarding consumer debts secured by property of the estate. |
| **Exempt Property** | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or by logging on to PACER at https://ecf.lawb.uscourts.gov. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| **Foreign Creditors** | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

# Notice Recipients

District/Off: 0536−1        User: sshropshi        Date Created: 2/25/2014
Case: 14−80022              Form ID: B9A27         Total: 29

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Scott Ashton Nugent | 406 Pecan Drive | Winnfield, LA 71483 |
| jdb | Angel Cavazos Nugent | 406 Pecan Drive | Winnfield, LA 71483 |
| ust | Office of U. S. Trustee | 300 Fannin St., Suite 3196 | Shreveport, LA 71101 |
| tr | Ted Brett Brunson | P.O. Box 12 | Natchitoches, LA 71457−0012 |
| aty | C. Rodney Harrington | POB 1278 | Natchitoches, LA 71458−1278 |
| smg | State of Louisiana, Dept. of Labor | Delinquent Accounts Unit    POB 44127 | Baton Rouge, LA 70804 |
| smg | Louisiana Department of Revenue and Taxation | Attn: Collection Division    P.O. Box 66658 | Baton Rouge, LA 70896 |
| smg | Louisiana Department of Labor | Attn: Kathy Bookter    P.O. Box 94094 | Baton Rouge, LA 70804−9094 |
| smg | Louisiana Department of Labor | Attn: Lorraine Roach    P.O. Box 94094 | Baton Rouge, LA 70804−9094 |
| 6379162 | Bank Of Winnfield | Po Box 350 | Winnfield, LA 71483 |
| 6379163 | Chief Special Procedures | Internal Revenue Service    600 S. Maestri Place, Stop 31 | New Orleans, LA 70119 |
| 6379164 | Cole Oil and Tire Co. | 310 Cole Rd. | Winnfield, LA 71483 |
| 6379165 | District Counsel | POB 30509 | New Orleans, LA 70190 |
| 6379166 | Entergy Gsu | Po Box 6008 | New Orleans, LA 70174 |
| 6379167 | Entergy La | Po Box 6008 | New Orleans, LA 70174 |
| 6379168 | Focus Receivables Mana | 1130 Northchase Parkway Suite 150 | Marietta, GA 30067 |
| 6379169 | Goldkey Cred | P O Box 15670 | Brooksville, FL 34604 |
| 6379170 | Hy Cite/royal Prestige | 333 Holtzman Rd | Madison, WI 53713 |
| 6379171 | Internal Revenue Service | Centralized Insolvency Operation    P.O. Box 21126 | Philadelphia, PA 19114−0326 |
| 6379172 | Ivan Smith Furniture | 505 W 70th Street | Shreveport, LA 71106 |
| 6379173 | La Dept. of Revenue | P.O. Box 66658 | Baton Rouge, LA 70896 |
| 6379174 | Louisiana Recovery Svc | 1304 Bertrand Dr Ste F4 | Lafayette, LA 70506 |
| 6379175 | Nco Fin /99 | Po Box 15636 | Wilmington, DE 19850 |
| 6379176 | Pioneer Credit Company | Po Box 2775 | Natchitoches, LA 71457 |
| 6379177 | Receivable Recovery Se | Po Box 7100 | Metairie, LA 70010 |
| 6379178 | Stamey & Miller | POB 1288 | Natchitoches, LA 71458 |
| 6379179 | U.S. Attorney | 800 Lafayette St., Ste 2200 | Lafayette, LA 70501 |
| 6379180 | Winn Parish Sheriff | 119 W. Main St., Room 106 | Winnfield, LA 71483 |
| 6379181 | Winn Premium | P. O. Box 549 | Winnfield, LA 71483 |

TOTAL: 29

B6F (Official Form 6F) (12/07)

In re   **Scott Ashton Nugent,**
         **Angel Cavazos Nugent**
                                                                    Case No. __**14-80022**__
_____,
                                Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Carol D. Powell Lexing<br>1900 Lamy Lane<br>STE. J<br>Monroe, LA 71201 | | C | Latrina D. Thomas, Tutix on behalf of her minor child, Ka'Daryan Da'Shun Thomas (Plantiff) vs. City of Winnfield, Et al( to include Scott Ashton Nugent) | | | | Unknown |
| Account No. **Docket No. 43507**<br><br>Cole Oil and Tire Co.<br>310 Cole Rd.<br>Winnfield, LA 71483 | | C | Open Account | | | | 6,370.00 |
| Account No. **97244701**<br><br>Entergy Gsu<br>Po Box 6008<br>New Orleans, LA 70174 | | H | Opened 1/01/12  Last Active 5/29/12<br>Agriculture | | | | 566.00 |
| Account No. **70831599**<br><br>Entergy La<br>Po Box 6008<br>New Orleans, LA 70174 | | W | Opened 6/04/10  Last Active 6/03/10<br>Agriculture | | | | 309.00 |
| __2__ continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | 7,245.00 |

EXHIBIT 3

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

IN RE: Scott Ashton Nugent　　　　　　CASE NO.: 14-80022
　　　　Angel Cavazos Nugent　　　　　　Chapter 07

### CERTIFICATE OF SERVICE

We certify that a copy of the Amended Schedule F, along with a copy of Form B91 and the Voluntary Petition has been forwarded to the following by placing a copy of same in the United States Mail, postage prepaid **to all parties listed on the attached matrix; on the 29th day of May 2014.**

　　　　　　　　　　　　　　　　　/s/ Frances Hicks

U. S. Trustee
300 Fannin, Suite 3196
Shreveport, LA  71101

Chapter 07 Trustee
Tedd Brett Brunson
POB 12
Natchitoches, LA 71457

Carol Powell Lexing
1900 Lamy Lane
STE. J
Monroe, LA 71201



EXHIBIT 4

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| LATRINA THOMAS, *et al.* | ) | CIVIL ACTION NO. 1:08-cv-01167 |
| | ) | |
| v. | ) | JUDGE DRELL |
| | ) | |
| CITY OF WINNFIELD, *et al.* | ) | MAGISTRATE JUDGE KIRK |

### DECLARATION OF CAROL D. POWELL LEXING

I, Carol D. Powell Lexing, hereby declare that the following facts are true and correct, under penalty of perjury:

1. I am counsel for the Plaintiff Latrina Thomas in the above-captioned case.

2. From July 15, 2012 to June 23, 2014, my law office was located at 1900 Lamy Lane, Suite J, Monroe, LA 71201.

3. On June 23, 2014 I moved my law office to 2485 Tower Drive, Suite 6, Monroe, LA 71201. My law office remains at that location. I have not had a law office at 1900 Lamy Lane since the aforementioned date.

4. I did not receive any notice that I was scheduled or listed as a creditor in the Chapter 7 bankruptcy proceeding for Scott Nugent in the United States Bankruptcy Court for the Western District of Louisiana, Docket No. 14-80022.

5. Until receiving a letter from his counsel on November 25, 2014, I was unaware that Scott Nugent had filed for bankruptcy.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 4, 2014 in Ouachita Parish, Monroe, Louisiana.


EXHIBIT 5

*/s/ Carol D. Powell Lexing*
Carol D. Powell Lexing

2485 Tower Drive, Suite 6
Monroe, LA 71201
Telephone: (318) 324-0700
Fax: (318) 324-0702
Email: legaldove2@yahoo.com
Bar Roll No. 21033

B18J (Official Form 18J) (08/07)

# United States Bankruptcy Court

Western District of Louisiana

Case No. 14−80022

Chapter 7

In re: Debtors*

| | |
|---|---|
| Scott Ashton Nugent<br>( *debtor has no known aliases* )<br>406 Pecan Drive<br>Winnfield, LA 71483 | Angel Cavazos Nugent ( *debtor has no known aliases* )<br>406 Pecan Drive<br>Winnfield, LA 71483 |

Social Security No(s).:
xxx−xx−7616                                                                  xxx−xx−9700

Employer's Tax I.D. No(s).*[if any]*:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED**:

The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 7/2/14

/s/ Henley A. Hunter
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

_____

*Set forth all names, including trade names, used by the debtor within the last 8 years. (Federal Rule of Bankruptcy Procedure joint debtors, set forth the last four digits of both Social Security numbers.


EXHIBIT 6

Official Form 18J continued (08/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A JOINT CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the named debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtors.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtors' legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Louisiana

In re:                                                              Case No. 14-80022-HAH
Scott Ashton Nugent                                                 Chapter 7
Angel Cavazos Nugent
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0536-1          User: admin              Page 1 of 2              Date Rcvd: Jul 02, 2014
                              Form ID: B18J27          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2014.
```
db/jdb     +Scott Ashton Nugent,    Angel Cavazos Nugent,    406 Pecan Drive,    Winnfield, LA 71483-2626
smg        +Louisiana Department of,    Revenue and Taxation,    Attn: Collection Division,    P.O. Box 66658,
             Baton Rouge, LA 70896-6658
cr         +Bank of Winnfield,    Bank of Winnfield,    P.O. Box 350,    Winnfield, LA 71483-0350
cr         +Ivan Smith Furniture Company,    1110 West 70th St.,    Shreveport, LA 71106-3545
6379162    +Bank Of Winnfield,    Po Box 350,    Winnfield, LA 71483-0350
6429637     Bank of Winnfield,    c/o Mark A. Begnaud,    PO Box 1369,    Natchitoches, LA 71458-1369
6499682    +Carol Powell Lexing,    1900 Lamy Lane,    STE. J,    Monroe, LA 71201-9200
6379164     Cole Oil and Tire Co.,    310 Cole Rd.,    Winnfield, LA 71483
6379168    ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
            (address filed with court: Focus Receivables Mana,    1130 Northchase Parkway Suite 150,
             Marietta, GA 30067)
6379169    ++GOLD KEY CREDIT INC,    PO BOX 15670,    BROOKSVILLE FL 34604-0122
            (address filed with court: Goldkey Cred,    P O Box 15670,    Brooksville, FL 34604)
6379170    +Hy Cite/royal Prestige,    333 Holtzman Rd,    Madison, WI 53713-2109
6379173    +La Dept. of Revenue,    P.O. Box 66658,    Baton Rouge, LA 70896-6658
6379176    +Pioneer Credit Company,    Po Box 2775,    Natchitoches, LA 71457-0775
6379177    +Receivable Recovery Se,    Po Box 7100,    Metairie, LA 70010-7100
6379178    +Stamey & Miller,    POB 1288,    Natchitoches, LA 71458-1288
6379179    +U.S. Attorney,    800 Lafayette St., Ste 2200,    Lafayette, LA 70501-6865
6379180    +Winn Parish Sheriff,    119 W. Main St., Room 106,    Winnfield, LA 71483-3201
6379181    +Winn Premium,    P. O. Box 549,    Winnfield, LA 71483-0549

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: bankruptcy@lwc.la.gov Jul 02 2014 19:53:04     Louisiana Department of Labor,
             Attn: Kathy Bookter,    P.O. Box 94094,    Baton Rouge, LA  70804-9094
smg         E-mail/Text: bankruptcy@lwc.la.gov Jul 02 2014 19:53:04     Louisiana Department of Labor,
             Attn: Lorraine Roach,    P.O. Box 94094,    Baton Rouge, LA  70804-9094
smg        +E-mail/Text: bankruptcy@lwc.la.gov Jul 02 2014 19:53:04     State of Louisiana, Dept. of Labor,
             Delinquent Accounts Unit,    POB 44127,    Baton Rouge, LA 70804-4127
6379165    +E-mail/Text: julie.n.taylor@irscounsel.treas.gov Jul 02 2014 19:54:36      District Counsel,
             POB 30509,    New Orleans, LA 70190-0509
6379166    +E-mail/Text: credit7@entergy.com Jul 02 2014 19:52:16     Entergy Gsu,    Po Box 6008,
             New Orleans, LA 70174-6008
6379167    +E-mail/Text: credit7@entergy.com Jul 02 2014 19:52:16     Entergy La,    Po Box 6008,
             New Orleans, LA 70174-6008
6379163     EDI: IRS.COM Jul 02 2014 19:43:00      Chief Special Procedures,    Internal Revenue Service,
             600 S. Maestri Place, Stop 31,    New Orleans, LA 70119
6379171     EDI: IRS.COM Jul 02 2014 19:43:00      Internal Revenue Service,
             Centralized Insolvency Operation,    P.O. Box 21126,    Philadelphia, PA 19114-0326
6379172    +E-mail/Text: husker437@bellsouth.net Jul 02 2014 19:52:23      Ivan Smith Furniture,
             505 W 70th Street,    Shreveport, LA 71106-3036
6379174    +E-mail/Text: lrsinc4u@aol.com Jul 02 2014 19:52:51     Louisiana Recovery Svc,
             1304 Bertrand Dr Ste F4,    Lafayette, LA 70506-9106
6379175    +E-mail/Text: bankruptcydepartment@ncogroup.com Jul 02 2014 19:54:14      Nco Fin /99,
             Po Box 15636,    Wilmington, DE 19850-5636
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 04, 2014                     Signature:  /s/Joseph Speetjens

```
District/off: 0536-1          User: admin              Page 2 of 2              Date Rcvd: Jul 02, 2014
                              Form ID: B18J27         Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2014 at the address(es) listed below:
              C. Rodney Harrington    on behalf of Debtor  Scott Ashton Nugent rodney@cp-tel.net
              Mark A. Begnaud    on behalf of Creditor   Bank of Winnfield mbegnaud@mrbfirm.com
              Office of  U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
              Ted Brett Brunson     bbrunsonlaw@cp-tel.net,   LA31@ecfcbis.com;brunsonlaw@cp-tel.net
                                                                                          TOTAL: 4
```

Form fnldecree

# United States Bankruptcy Court
## Western District of Louisiana

Case No.: 14-80022
Chapter: 7
Judge: Henley A. Hunter

**In Re:**

Scott Ashton Nugent
(*debtor has no known aliases*)
406 Pecan Drive
Winnfield, LA 71483

Angel Cavazos Nugent
(*debtor has no known aliases*)
406 Pecan Drive
Winnfield, LA 71483

**Social Security No.:**
xxx-xx-7616

xxx-xx-9700

**Employer's Tax I.D. No.:**

## FINAL DECREE

    The court having found that the estate of the above named debtor(s) or debtor(s) in possession has been fully administered in accordance with the procedures required by Rule 5009 or Rule 3022, F.R.Bk.P.;

    **IT IS ORDERED THAT** the trustee (if any) herein is hereby discharged; that unless there is a blanket bond herein, the trustee's surety is hereby discharged; that regardless of whether the trustee's bond herein is a case bond or a blanket bond, the surety is relieved of any liability for the actions or inactions of the trustee that may be incurred after the termination of its suretyship, but is not relieved of any liability for the actions or inactions of the trustee incurred during its suretyship; and that this case be and the same is hereby closed pursuant to 11 U.S.C., Section 350.

Dated: 8/4/14

/s/Henley A. Hunter
U.S. Bankruptcy Court Judge



EXHIBIT
7

Case 1:08-cv-01167-DDD-JDK   Document 320-1   Filed 02/13/15   Page 16 of 16 PageID #:
Case 1:08-cv-01167-DDD-JDK   Document 301-7   Filed 12/09/14   Page 2 of 2 PageID #: 5963
6155

# Notice Recipients

District/Off: 0536−1         User: sshropshi           Date Created: 8/4/2014
Case: 14−80022              Form ID: fnldecre          Total: 2

**Recipients of Notice of Electronic Filing:**
ust     Office of U. S. Trustee     USTPRegion05.SH.ECF@usdoj.gov
tr      Ted Brett Brunson           bbrunsonlaw@cp−tel.net

                                                                    TOTAL: 2