RECEIVED

SEP 2 9 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| LATRINA D. THOMAS | CIVIL ACTION NO. 1:08-cv-1167 |
| -vs- | JUDGE DRELL |
| CITY OF WINNFIELD, et al. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in a separate ruling issued on this date, (1) Defendant Nugent's request for dismissal is **DENIED**; (2) our previous ruling (Doc. 246) that Nugent is not entitled to qualified immunity stands and his motion for summary judgment (Doc. 156) as to that issue remains **DENIED**; and (3) Defendant Branch's motion to dismiss (doc. 311) will be **DENIED**.

SIGNED on this 29 day of September, 2015 at Alexandria, Louisiana.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT